**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TERRANCE HAYES**                                                                              **PLAINTIFF**

v.                              **CASE NO. 4:10CV00202 BSM/JTR**

**KARL BYRD,**
Faulkner County Sheriff et al.                                                         **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, adopted in part and rejected in part.

Judge Ray's recitation of this case's history is well received and his analysis is very well taken. Consequently, it is agreed that defendant's motion for summary judgment should be denied; however, defendant has exhausted his opportunities for summary judgment, and no future summary judgment motions will be accepted.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 33] is denied.

2. No additional motions for summary judgment will be permitted in this case.

Dated this 26th day of April, 2011.

                                                              UNITED STATES DISTRICT JUDGE