IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**TERRANCE HAYES**                                                          **PLAINTIFF**

v.                  **CASE NO. 4:10CV00202 BSM/JTR**

**KARL BYRD,**
**Sheriff, Faulkner County et al.**                                    **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections were filed. After carefully considering this documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's claims are DISMISSED, WITH PREJUDICE, for plaintiff's failure to appear at the August 11, 2011, evidentiary hearing and failure to prosecute his case.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 9th day of September 2011.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE