IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**TERRANCE HAYES**                                                                                     **PLAINTIFF**

v.                                      **CASE NO. 4:10CV00202 BSM/JTR**

**KARL BYRD,**
**Sheriff, Faulkner County et al.**                                                          **DEFENDANTS**

## ORDER

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

Dated this 9th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE